United States Courts
Southern District of Texas
FILED

*April 01, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cr-199** |
| | § | |
| **LADISLAV PETRO** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Willfully preventing or hampering departure after a final order of removal**

On or about March 15, 2026, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**LADISLAV PETRO**

an alien against whom a final order of removal was outstanding, did connive, conspire, and take any other action designed to prevent and hamper his departure from the United States pursuant to that order, including by escaping from the Houston Contract Detention Facility without authorization.

In violation of Title 8, United States Code, Section 1253(a)(1)(C).

1

## COUNT TWO
### Escape

On or about March 15, 2026, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**LADISLAV PETRO**

did knowingly escape from the custody of the Houston Contract Detention Center, a contracted correctional facility for ICE detainees, and an institutional facility in which he was lawfully confined at the direction of the Attorney General after being ordered removed from the United States by an immigration judge on May 2, 2024.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

By:    _Michael Day_____
        MICHAEL E. DAY
        Assistant United States Attorney

2